AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Wednesday, 01 September, 2010 01:50:01 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**MAURICE A JACKSON**
　　　　**Petitioner,**

　　　　vs.　　　　　　　　　　　　　　　　　　　　Case Number:　**10-2090**

**PEOPLE OF THE STATE OF ILLINOIS,**
**DONALD GAETZ**
**Warden at the Menard Correctional Center,**
　　　　**Respondents.**

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that Respondent, People of the State of Illinois, was terminated on March 5, 2010 pursuant to Minute Entry on March 5, 2010.

　　**IT IS FURTHER ORDERED AND ADJUDGED** that the petition for habeas corpus relief is DENIED. Case is terminated.

　　　　　　　　　　　　ENTER this 1st day of September, 2010.

　　　　　　　　　　　　　　s/Pamela E. Robinson
　　　　　　　　　　　　_____
　　　　　　　　　　　　PAMELA E. ROBINSON, CLERK

　　　　　　　　　　　　　　s/S. Johnson
　　　　　　　　　　　　_____
　　　　　　　　　　　　BY: DEPUTY CLERK